Opinion filed July 24, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 24,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00173-CR

                                            _________

 

                                   CHAD PETER FOWLER, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                                                 Trial
Court Cause No. C-34,309

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
jury convicted Chad Peter Fowler of burglary of a habitation.  Appellant then
withdrew his election to have the jury determine his sentence and entered into
a plea bargain agreement as to punishment.  Contemporaneous with accepting the
plea bargain, appellant signed a written waiver of his right to appeal and his
right to file a motion for new trial.  The trial court accepted both the plea
bargain agreement and appellant=s
waivers and imposed a sentence of confinement for twelve years consistent with
the agreement.  Appellant then filed a pro se notice of appeal.  We dismiss for
want of jurisdiction.  








Appellant=s counsel has responded to
our request to show grounds for continuing this appeal.  Counsel acknowledges
that appellant has filed a pro se application for writ of habeas corpus and
that habeas corpus proceedings may be more appropriate in light of appellant=s waiver of appeal. We
agree.

The
appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

July 24, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.